[Civ. No. 2421.   Second Appellate District.—February 4, 1918.]

## FRED N. ANDERSON, Appellant, v. THE RECORDER'S COURT, etc., et al., Respondents.

APPEAL—RECORD—AFFIRMANCE OF JUDGMENT.—An appeal from a judgment rendered on writ of *certiorari* must be affirmed where the only record on appeal is in the form of a typewritten transcript and no part of it is printed in the brief.

APPEAL from a judgment of the Superior Court of Imperial County.   Franklin J. Cole, Judge.

The facts are stated in the opinion of the court.

William Sea, Jr., for Appellant.

D. L. Ault, for Respondents.

THE COURT.—This is an appeal from a judgment rendered on writ of *certiorari*.   The only record on file is in the form of a typewritten transcript.   Appellant has not complied with section 953c of the Code of Civil Procedure, which provides that upon such a record the parties must "print in their briefs, or in a supplement appended thereto, such portions of the record as they desire to call to the attention of the court."   The brief for appellant is absolutely deficient, in that no part of the record has been printed therein.

On the authority of *Stewart* v. *Andrews*, 35 Cal. App. 230, [169 Pac. 397]; *Jones* v. *American Potash Co.*, 35 Cal. App. 128, [169 Pac. 397]; *Hepler* v. *Wright*, 35 Cal. App. 567, [170 Pac. 667], and other cases cited in those decisions, the judgment is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on April 4, 1918.